**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

GERRI A REDDIN,

      Plaintiff,

        v.                                              CASE NO. 1:25-CV-683-HAB-ALT

MEDTRONIC,

      Defendant.

## <u>OPINION AND ORDER</u>

Plaintiff Gerri Reddin, pro se, filed a complaint against Defendant Medtronic, Inc. in the Allen County Superior Court on July 8, 2026. (ECF No. 3). Reddin's complaint asserts a product liability claim against Medtronic related to surgical hardware allegedly manufactured by Medtronic which was inserted into Reddin's lower back during an August 2022 medical procedure. On December 19, 2026, Medtronic removed the case to this Court, alleging the Court had diversity jurisdiction under 28 U.S.C. § 1332 because it was under the belief that Reddin was seeking damages in excess of $75,000. (ECF No. 1). At a hearing before Magistrate Judge Andrew Teel on January 22, 2025, however, Reddin confirmed in no uncertain terms that she was not, in fact, seeking damages amounting to $75,000 or greater. At that hearing, Magistrate Judge Teel notified the parties that the case would be remanded to state court, which is the task before this Court today.

Because the parties have not established the Court has diversity jurisdiction under 28 U.S.C. § 1332, and there has been no federal question alleged in the complaint, the Court is without jurisdiction and must remand the case back to state court. *See* 28 U.S.C. § 1447(c) ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded."). As such, the case is REMANDED to the Allen County Superior Court.

**SO ORDERED** this 23rd day of January 2026.

s/Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT